UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHEVRON ORONITE COMPANY,
LLC, Successor-in-interest to
CHEVRON CHEMICAL COMPANY           Civil Action No. 2:16-cv-10594

VERSUS                             JUDGE SUSIE MORGAN

THE CAJUN COMPANY, successor-in-      MAGISTRATE JUDGE
interest to CAJUN INSULATION CO.      MICHAEL NORTH
*********************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the Joint Motion to Dismiss With Prejudice is **GRANTED** and all claims asserted by plaintiff, Chevron Oronite Company, LLC, Successor-in-Interest to Chevron Chemical Company, against defendant, The Cajun Company, successor-in-interest to Cajun Insulation Co., in the captioned matter be and hereby are dismissed with prejudice, with each party to bear its own costs.

THUS, DONE AND SIGNED in New Orleans, Louisiana, this 2nd day of November, 2017.

_____
JUDGE, SUSIE MORGAN
UNITED STATES DISTRICT JUDGE